UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE CATHY ANN BENCIVENGO**)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case:19cr01388-CAB |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING REQUEST TO CONTINUE THE SENTENCING HEARING** |
| **RICARDO CHAVEZ-GUTIERREZ,** | ) | |
| Defendant. | ) | |

JOINT MOTION having been made by the parties, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the Sentencing Hearing date in the above-entitled case, be continued from Friday, August 14, 2020, at 9:30 a.m. to Friday, November 13, 2020, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated:  8/12/2020

_____
HONORABLE CATHY ANN BENCIVENGO
United States District Judge